UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

REVERGE ANSELMO and SEVEN HILLS LAND AND CATTLE COMPANY, LLC,

    Plaintiffs,

    v.

THE COUNTY OF SHASTA, CALIFORNIA, and RUSS MULL,

    Defendants.

NO. CIV. 2:12-361 WBS EFB

<u>RELATED CASE & CALENDERING ORDER</u>

REVERGE ANSELMO and SEVEN HILLS LAND AND CATTLE COMPANY, LLC,

    Plaintiffs,

    v.

RUSS MULL, LESLIE MORGAN, a Shasta County Assessor-

NO. CIV. 2:12-1422 MCE EFB

```
 1  Recorder, COUNTY OF SHASTA,
    BOARD OF SUPERVISORS OF THE
 2  COUNTY OF SHASTA, LES BAUGH
 3  and GLEN HAWES,
 4        Defendants.
 5  _____/
 6  COUNTY OF SHASTA, and COUNTY
    OF SHASTA, for the People of
 7  the State of California,
    Cross-Complainant,
 8
 9           Cross-Complainant,
10      v.
11  REVERGE ANSELMO; SEVEN HILLS
    LAND AND CATTLE COMPANY LLC;
12  NANCY HALEY, MATTHEW RABE,
13  MATTHEW KELLEY, ANDREW
    JENSEN;
14  and DOES 1 THRU 50,
15           Cross-Defendants.
16  _____/
17
18                    ----oo0oo----
19
20       Examination of the above-entitled actions reveals that
21  these actions are related within the meaning of Local Rule 83-
22  123(a) because they involve the same plaintiff, several common
23  defendants, and similar questions of fact and law.
24  Accordingly, the assignment of the matters to the same judge is
25  likely to effect a substantial saving of judicial effort and is
26  also likely to be convenient for the parties.
27       The parties should be aware that relating the cases
28  under Local Rule 83-123 merely has the result that both actions
    are assigned to the same judge; no consolidation of the actions
```

is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>Reverge Anselmo, et al. v. Shasta County, et al.</u>, Civ. No. 2:12-361 WBS EFB, and <u>Reverge Anselmo, et al. v. Russ Mull, et al.</u>, Civ. No. 2:12-1422 MCE EFB be, and the same hereby are, deemed related and the case denominated <u>Reverge Anselmo, et al. v. Russ Mull, et al.</u>, Civ. No. 2:12-1422 MCE EFB, shall be reassigned to the undersigned District Judge and Magistrate Judge Edmund F. Brennan for all further proceedings.  Any dates currently set in the reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Reverge Anselmo, et al. v. Shasta County, et al.</u>, Civ. No. 2:12-361 WBS EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS FURTHER ORDERED that the hearing on Shasta County's motion to consolidate in <u>Reverge Anselmo, et al. v. Shasta County, et al.</u>, Civ. No. 2:12-361 WBS EFB, currently scheduled for July 2, 2012, be set for hearing on July 30, 2012, at 2:00 p.m. in Courtroom No. 5.  Plaintiffs have already filed their opposition to this motion.  Any reply Shasta County wishes to file shall be filed by June 25, 2012, in accordance with the original filing deadlines.

IT IS FURTHER ORDERED that the hearing on the motion to dismiss filed by the United States on behalf of third-party

defendants Haley, Rabbe, and Kelley in <u>Reverge Anselmo, et al. v. Russ Mull, et al.</u>, Civ. No. 2:12-1422 MCE EFB, currently scheduled for July 12, 2012, and that the hearing on the motion to challenge the United States' Certification of Scope of Employment filed by Shasta County in <u>Reverge Anselmo, et al. v. Russ Mull, et al.</u>, Civ. No. 2:12-1422 MCE EFB, currently scheduled for July 12, 2012, be set for hearing on July 30, 2012, at 2:00 p.m. in Courtroom No. 5.  Notwithstanding the change to the hearing dates, the briefing schedule set under Local Rule 230 based upon the original hearing date shall remain the same.  Accordingly, any oppositions shall be filed by June 28, 2012, and any replies shall be filed by July 5, 2012.

DATED:    June 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE