UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| REVERGE ANSELMO and SEVEN HILLS LAND AND CATTLE COMPANY, LLC, | NO. CIV. 2:12-00361 WBS EFB |
| Plaintiffs, | ORDER |
| v. | |
| THE COUNTY OF SHASTA, CALIFORNIA, and RUSS MULL, | |
| Defendants. | |

----oo0oo----

IT IS HEREBY ORDERED that the Final Pretrial Conference currently set for May 13, 2013, at 2:00 p.m. in Courtroom No. 5, (Docket No. 16 at 3:21-22), be, and the same hereby is, CONTINUED to June 24, 2013, at 2:00 p.m. in Courtroom No. 5.  The trial remains set for July 23, 2013, at 9:00 a.m.

DATED:  May 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE