UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| REVERGE ANSELMO and SEVEN HILLS LAND AND CATTLE COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF SHASTA, CALIFORNIA, and RUSS MULL, <br><br> Defendants. | NO. CIV. 2:12-00361 WBS EFB <br><br> <u>ORDER</u> |

----oo0oo----

   IT IS HEREBY ORDERED that the Final Pretrial Conference currently set for May 13, 2013, at 2:00 p.m. in Courtroom No. 5, (Docket No. 16 at 3:21-22), be, and the same hereby is, CONTINUED to June 24, 2013, at 2:00 p.m. in Courtroom No. 5. The trial remains set for July 23, 2013, at 9:00 a.m.

DATED: May 8, 2013

             _[signature]_
             WILLIAM B. SHUBB
             UNITED STATES DISTRICT JUDGE